IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY HOLDEN                                                                                      PETITIONER
ADC #136271

V.                                         NO. 5:07cv00316 JMM

LARRY NORRIS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) and dismissing this action in its entirety, with prejudice. Petitioner's motion to hold the petition in abeyance (doc. 18) is denied.

IT IS SO ORDERED this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE