IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY HOLDEN                                                                                      PETITIONER
ADC #136271

V.                                            NO. 5:07cv00316 JMM

LARRY NORRIS, Director,                                                                  RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE